Leak *vs.* The Selma, Rome and Dalton Railroad Company.

in this case. I am, therefore, of the opinion that the judgment of the Court below should be reversed.

---

A. C. LEAK, plaintiff in error, *vs.* THE SELMA, ROME AND DALTON RAILROAD COMPANY, defendant in error.

Under the charter of the Selma, Rome and Dalton Railroad Company, if the writ of *ad quod damnum* provided for by the charter issues to assess the value of land taken by the company for the purposes of its road, and the jury summoned by the sheriff return a verdict for $1,500, from which the road appeals, and the jury in the Superior Court render a verdict of $900 00, the owner of the land must pay the costs of the proceedings on appeal, under those clauses of the charter, which provide that the appealing party must give bond "conditioned to pay the party appealed against all the costs of the trial *de novo,* as well as the costs of the writ of *ad quod damnum,* in the event that the finding of the jury in the trial *de novo* shall not be more favorable to the appealing party than the finding of the jury under the writ of *ad quod damnum* in the first instance," and that "if the trial *de novo* on the appeal shall not be more favorable to the appealing party than the original trial and verdict, the party appealing shall pay all costs of the whole proceeding;" and again, that "costs shall be paid by the company, except in cases where appeal is taken, in which cases the costs to abide the result of the trial in the Circuit (Superior) Court as hereinabove provided."

Assessment of damages. Costs. Before Judge PARROTT. Whitfield Superior Court. April Term, 1872.

For the facts of this case, see the decision.

JOHNSON & McCAMY, for plaintiff in error.

PRINTUP & FOUCHE; McCUTCHEN & SHUMATE, represented by E. N. BROYLES, for defendant.

MONTGOMERY, Judge.

The charter of the Selma, Rome and Dalton Railroad was originally granted by the State of Alabama, and adopted by

the Legislature of Georgia: Acts of Alabama for 1851-2, pages 349, 350-1.

After providing for the issuing of a writ of *ad quod damnum* by the clerk to the sheriff, to summon seven jurors to assess damages to any one through whose land the road runs, the charter goes on to provide for an appeal by the dissatisfied party to the Circuit (or Superior) Court, where the cause is to be tried *de novo*. The other provisions of the charter pertinent to the issue before us, are quoted in the syllabus, and control the case, compelling us to affirm the judgment.

Judgment affirmed.